IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lindsay Beth Zartman aka Lindsay Furst aka Lindsay Zartman aka Lindsay B. Zartman<br>Debtor(s) | BK NO. 21-01196 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

    Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
28 Jun 2021, 16:08:14, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322