Certificate Number: 14751-VAW-DE-035725074

Bankruptcy Case Number: 21-01196



14751-VAW-DE-035725074

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 2, 2021, at 12:15 o'clock PM PDT, LINDSAY B ZARTMAN completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Virginia.

| | | |
|---|---|---|
| Date: June 2, 2021 | By: | /s/AMEY AIONO |
| | Name: | AMEY AIONO |
| | Title: | Certified Credit Counselor |